GARY FITZSIMMONS
Dallas County District Clerk 49,062

DATE 1-26-2015
RE W08-62218-4(A)
RE W10-00781-4(A)

TO: JUDICIAL 291st DISTRICT COURT CLERK,

I AM WRITING TO ask WHAT IS THE
DISPOSITION ON THE STATE'S Proposed order
DESIGNATING ISSUES ON MY WRIT OF
HaBeas CORPUS HAS THE COURT ENTERED
ITS FINDING OF FACT and CONCLUSIONS
OF Law AND IF SO WHAT WAS IT.
ALSO DID THE JUDGE SET A TIME TO
RESPOND, ART 11.07 Sec.3(D).
                    SIGED    Jan 26, 2015
                         GEORGE WILLIAMS JR
                         #1745723
                         Beaumont TEXAS,
                                      77705

EXHIBIT A

#CC

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 20 2015
Abel Acosta, Clerk

# IN THE TEXAS
## COURT OF CRIMINAL APPEALS
## Dallas TEXAS

EX PARTE
George L. Williams Jr

§ § § § §

NO. W10-00781-L(A)
291 DISTRICT COURT OF
Dallas TEXAS

### RELATOR'S PETITION FOR WRIT OF MANDAMUS
### TO THE HONORABLE JUDGE OF SAID COURT:

Come Now George Williams Jr. Relator IN THE ABOVE MENTIONED CAUSE SEEKING Relief and compel THE DISTRICT COURT and DISTRICT CLERK UNDER THE MINISTREAL DUTY To Forward THE Relator's WRIT OF HABEUS CORPUS PURSUANT TO: Tex CODE CRIM. PROC. 11.07 TO THE TEXAS COURT OF CRIMINAL APPeals and will SHOW IN SUPPORT THEREOF THE Following.

## I.

Relator FILED HIS WRIT OF HABEUS CORPUS IN THE TRIAL COURT ON Oct 6, 2014. THE STATE IS Allowed 15 DAYS TO RESPOND. See MARTIN V. Hamlin 25 S.W.3d. 718 (TEX. CRIM. APP. 2000); Tex CODE CRIM Proc. 11.07 § 3(b).

" UPON RECEIPT OF AN APPlication FOR WRIT OF HABEUS CORPUS, THE ATTORNEY RePresenting THE STATE IS Allowed 15 DAYS TO ReSPOND"

THE TRIAL COURT IS THEN Allowed 20 Days To Determine AND Resolve CONTROVERTED UNResolved FACTS material TO THE APPLICANTS CONVICTION And CONFINEMENT. SEE TEX. CODE CRIM. Pro. 11.07 § 3(c) (d).

" THE TRIAL COURT IS Allowed 20 Days IN WHICH TO Determine AND Resolve CONTROVERTED FACTS material TO THE Legality OF THE APPLICANTS CONFINEMENT and DESIGNATE THE ISSUES OF FACT To Be Resolved."

THE Relator Asserts THAT THE TRIAL COURT FAILED To DESIGNATE THE ISSUES IN A TIMELY MANNER, NOT HAVING DONE SO. STATE'S ProPosed order DESIGNATING ISSUES Oct 24, 2014 ISSUES STILL EXIST AFTER Day 98 FEB. 2, 2015 THE Relator asserts THAT THE TRIAL COURT does NOT Have THE AUTHORITY TO EXTEND THE TIME LIMITATIONS OF 11.07 AND IS BeinG DONE ONLY To Provide an ADvantage to THE DISTRICT ATTORNEY as WELL as TRIAL AND APPellate COUNSel IN THE ISSUES DESIGNATED. See: MARTIN V Hamlin 25 S.W.3d. 718 (TEX. CRIM. APP. 2000).

" THE STATUTE Does NOT SUPPLY AUTHORITY TO THE TRIAL COURT To EXTEND TIME LIMITATIONS IMPOSED BY THE STATUTE, OTHER THAN TIMELY ENRY OF AN ORDer DESIGNATING ISSUSS."

THE Relator ASSERTS THAT IT IS NOW FEB. 2, 2015 NO AFFIDAVIT BY THE DISTRICT ATTORNEY TRIAL OR APPellate Counsel HAVE Been FILED. NO EVIDENTIARY HEARING, NO ISSUES HAVE ReSOLVED. FURTHER THE DISTRICT CLERK HAS IGNORED THE MINISTREAL DUTY MANDATING THE CLERK "MUST" Forward Relator's HABEUS APPLICATION See. DeLeon V. DISTRICT CLERK, LYNN COUNTY 187 SW. 3d. 193 (TEX. CRIM. APP. 2006)

P.1

## "THE CLERK HAS A MINISTREAL DUTY TO FILE RELATORS HABEUS APPLICATION"

THE Relator ASSERTS THAT HIS RIGHT TO SEEK RELIEF IS BEING OBSTRUCTED. THE STATES D.A WHO TRIED APPLICANT CASE MISSTATED THE LAW DURING VOIR DIRE. SHE SUBORNED PERJURY, SHE OFFERED EVIDENCE OF AN EXTRINSIC OFFENSE AND ELICITED TESTIMONY REGARDING EVIDENCE PREVIOUSLY EXCLUDED PURSUANT TO MOTION 0862218 TO SUPPRESS. THE Relator WISHES HIS WRIT TO BE Heard BEFORE THE COURT OF CRIMINAL APPeals FURTHER Relator ASSERTS THAT THERE IS NO adequate Remedy of Law TO COMPEL THIS MINISTREAL DUTY OTHER THAN THIS WRIT OF MANDAMUS. See! DeJean V DISTRICT CLERK. Dallas COUNTY 259 S W. 3d. 183 (TEX. CRIM APP. 2008)

"THE COURT OF CRIMINAL APPeals WILL GRANT MANDAMUS RELIEF WHEN A Relator SHOWS (1) THAT THE ACT SOUGHT COMPELLED IS MINISTREAL AND (2) THAT THERE IS NO adequate Remedy at Law"

### PRAYER FOR RELIEF

WHEREFORE PREMISE HAVING BEEN CONSIDERED. THE Relator HUMBLY PRAYS THAT THIS HONORABLE COURT GRANT MANDAMUS RELIEF AND COMPEL THE Dallas COUNTY DISTRICT CLERK TO FORWARD THE Relators APPLICATION FOR WRIT OF HABEUS CORPUS WITH MEMORANDUM AND EXHIBITS IN SUPPORT TO THIS COURT AND GRANT ANY OTHER RELIEF TO WHICH HE IS ENTITLED.

RESPECTFULLY SUMITTED
GEORGE LEON WILLIAMS JR #1745723
Relator PRO-SE

### Declaration

I Declare under PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND Correct EXECUTED FEB. 2, 2015

DULY SWORN
GEORGE LEON WILLIAMS JR.
#1745723
Relator PRO SE

P.2

IN THE
TEXAS COURT OF CRIMINAL APPeals
Dallas TEXAS

EX PArte                          § NO. W 08-62218-U(A)
GEORGE L Williams JR.            § 291 DISTRICT COURT OF
                                 § Dallas, TEXAS

RELATOR'S PETITION FOR WRIT OF MANDamus
TO THE HONORABLE JUDGE OF SAID COURT:

Come Now GEORGE Williams JR. RELATOR IN THE ABove mentioned
CAUSE SEEKING RELIEF AND COMPEL THE DISTRICT COURT AND
DISTRICT CLERK under THE MINISTREAL DUTY to FORWARD THE
RELATORS WRIT OF HaBeus CORPUS, PURSUANT TO: TEX CODE CRIM.
PROC. 11.07 TO THE TEYAS COURT OF CRIMINAL APPeals AND will
SHOW IN SuPPoRT THERROF THE FOLLOWING.

I.

RELATOR FILED HIS WRIT OF HaBeus CORPus IN THE TRIAL COURT ON
OCT. 6, 2014. THE STATE IS ALLowed 15 Days To RESPOND. SEE:
Martin V. Hamlin 25 S.W.3d. 718 (TEX. CRIM. APP. 2000); TEX CODE
CRIM PROC 11.07 §3(b).

> "UPON RECEIPT OF AN APPLICATION FOR WRIT OF HaBeus
> CORPUS, THE ATTORNEY REPRESENTING THE STATE IS
> ALLowed 15 Days TO RESPOND"

THE TRIAL COURT IS THEN ALLowed 20 Days To Determine AND RESOLVE
CONTROVERTED UNRESOLVED FACTS MATERIAL TO THE APPLICANTS
CONVICTION AND CONFINEMENT. SEE TEX. CODE CRIM. PRO. 11.07 § 3(C)
(d).

> "THE TRIAL COURT IS ALLowed 20 DAYS IN WHICH TO
> DETERMINE AND RESOLVE CONTROVERTED FACTS MATERIAL
> TO THE LEGALITY OF THE APPLICANTS CONFINEMENT AND
> DESIGNATE THE ISSUES OF FACT TO BE RESOLVED"

THE RELATOR ASSERTS THAT THE TRIAL COURT FAILED TO DESIGNATE THE
ISSUES IN A TIMELY MANNER, NOT HAVING DONE SO.
STATE'S PROPOSED ORDER DESIGNATING ISSUES OCT 24, 2014
ISSUES STILL EXIST AFTER DAY 98 FEB. 2, 2015
THE RELATOR ASSERTS THAT THE TRIAL COURT does NOT HAVE
THE AUTHORITY TO EXTEND THE TIME LIMITATIONS OF 11.07
AND IS BEING DONE ONLY TO PROVIDE AN ADVANTAGE TO THE
DISTRICT ATTORNEY AS WELL AS TRIAL AND APPELLATE COUNSEL
IN THE ISSUES DESIGNATED. SEE: MARTIN V HAMIIN 25 S.W.3d.
718 (TEX. CRIM. APP. 2000).

P. 1

"THE STATUTE DOES NOT SUPPLY AUTHORITY TO THE TRIAL COURT TO EXTEND TIME LIMITATIONS IMPOSED BY THE STATUTE, OTHER THAN TIMELY ENRY OF AN ORDER DESIGNATING ISSUES."

THE RELATOR ASSERTS THAT IT IS NOW FEB 2, 2015, NO AFFIDAVIT BY THE DISTRICT ATTORNEY TRIAL OR APPELLATE COUNSEL HAVE FILED. NO EVIDENTIARY HEARING, NO ISSUES HAVE RESOLVED. FURTHER THE DISTRICT CLERK HAS IGNORED THE MINISTREAL DUTY MANDATING THE CLERK "MUST" FORWARD RELATOR'S HABEUS APPLICATION SEE. DELEON V. DISTRICT CLERK, LYNN COUNTY 187 S W. 3d. 183 (TEX. CRIM. APP. 2006)

"THE CLERK HAS A MINISTREAL DUTY TO FILE RELATOR'S HABEUS APPLICATION"

THE RELATOR ASSERTS THAT HIS RIGHT TO SEEK RELIEF IS BEING OBSTRUCTED. THE STATES D.A WHO TRIED APPLICANT CASE MISSTATED THE LAW DURING VOIR DIRE. SHE SUBORNED PERJURY, SHE OFFERED EVIDENCE OF AN EXTRINSIC OFFENSE AND ELICITED TESTIMONY REGARDING EVIDENCE PREVIOUSLY EXCLUDED PURSUANT TO MOTION 0862218 TO SUPPRESS. THE RELATOR WISHES HIS WRIT TO BE HEARD BEFORE THE COURT OF CRIMINAL APPEALS. FURTHER RELATOR ASSERTS THAT THERE IS NO ADEQUATE REMEDY OF LAW TO COMPEL THIS MINISTREAL DUTY OTHER THAN THIS WRIT OF MANDAMUS. SEE: DEJEAN V DISTRICT CLERK. DALLAS COUNTY 259 S W. 3d. 183 (TEX. CRIM APP. 2008)

"THE COURT OF CRIMINAL APPEALS WILL GRANT MANDAMUS RELIEF WHEN A RELATOR SHOWS (1) THAT THE ACT SOUGHT COMPELLED IS MINISTREAL AND (2) THAT THERE IS NO ADEQUATE REMEDY AT LAW"

PRAYER FOR RELIEF

WHEREFORE PREMISE HAVING BEEN CONSIDERED. THE RELATOR HUMBLY PRAYS THAT THIS HONORABLE COURT GRANT MANDAMUS RELIEF AND COMPEL THE DALLAS COUNTY DISTRICT CLERK TO FORWARD THE RELATOR'S APPLICATION FOR WRIT OF HABEUS CORPUS WITH MEMORANDUM AND EXHIBITS IN SUPPORT TO THIS COURT AND GRANT ANY OTHER RELIEF TO WHICH HE IS ENTITLED.

P.2

RESPECTFULLY SUBMITTED
George Leon Williams JR. #1745723
Relator Pro-SE

## Declaration

I Declare under Penalty of Perjury
THAT THE FOREGOING IS TRUE AND
Correct, EXECUTED FEB 2.2015

DULY SWORN
George Leon Williams JR.
#1745723
Relator Pro Se